

Paul Sullivan
9603 Beaver Rd
Alexander, NY 14005

Genesee County Attorney:
RE Case #: 16CV552

What I want:
My pistols returned, my permit returned unrestricted, and the rental fee paid.
(Rumor has is this is happening to others also.)

Notes between Mike Cianfrini and the Sheriff on how to punish me.
Also, minutes of the last hearing when the DA ended his prosecution of me, because of too many inconsistencies and the clerical errors, but that he would not drop charges without the sheriff's approval.

Who I want as witnesses, are Jennifer Nunnery – my former lawyer, Mike Barrett of Batavia Marine, Judy and Patty – the pistol permit clerks.
I am ready to go now.

As of June, 2015, the US Supreme Court reaffirmed private property cannot be taken unless it is for public use, and reimbursement for property taken.

My pistols, therefore were either rented or stolen. Article 6B of the Constitution states that the Constitution is the supreme law of the land, notwithstanding.

Also, I questioned that if the Sheriff was so interested in the paperwork not being done, why did it take eight years to prosecute me? Which clearly violates the eighth amendment of excessive punishment. While the Sheriff was acting under color of law, which is in violation of US code 18 – 241 and 242. Also in violation of rights under code 42. Under US code 5, the deputies involved could also be found liable.

The Sheriff by oath, or affirmation or, is supposed to protect our constitutional rights as a public servant. Violation of which is a federal offense which could be perjury and/or treason.

Your best settlement would be out-of-court. A jury could award me 10 times what I am asking, nullifying all points of view against me, and maybe recommending incarceration for the Sheriff.

Sincerely,


Paul Sullivan

*In Genesee County there is a statue that is someone who is drunk and sleeping it off in their car, they can still be charged with DWI, even though they are not driving the same logic can be used with me. By denying me my right to self-defense, with terrorists specifically targeting veterans, could this be attempted murder?*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------

PAUL SULLIVAN,
       Plaintiff,

-v-                                                                    Civil Action No. 16 CV 552

GARY T. MAHA, GENESEE COUNTY SHERRIFF,
GENESEE COUNTY'
       Defendants.
-------------------------------------------------------------------------------
CERTIFICATE OF SERVICE
-------------------------------------------------------------------------------

      This is to certify that I have on this 11th day of January, 2017, placed a true and exact copy of this in the U.S. Mail, postage prepaid, addressed to:

Original sent to:

U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202-3350

Copy sent to:

County Attorney
Old Court House
7 Main Street
Batavia, New York 14020-3199

Sheriff of Genesee County, New York
Gary T. Maha
165 Park Road
Batavia, New York 14020-1283

                                                      */s/ Paul Sullivan*
                                                      Paul Sullivan
                                                      9603 Beaver Road
                                                      Alexander, NY  14005



Mr. Paul Sullivan
9603 Beaver Rd
Alexander, NY 14005

BUFFALO NY 142

12 JAN 2017   PM 1 L

USDC - WDNY
JAN 18 2017
BUFFALO

US Courthouse
2 Niagara Square
Buffalo, NY 14202-3350



14202-335099



Mr. Paul Sullivan
9603 Beaver Rd
Alexander, NY 14005

BUFFALO NY 142

12 JAN 2017   PM 1 L



USDC - WDNY
JAN 18 2017
BUFFALO

**US Courthouse**
**2 Niagara Square**
**Buffalo, NY 14202-3350**

14202-335099